ACCEPTED
07-13-00264-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
9/18/2015 10:12:25 AM
Vivian Long, Clerk

# Law Office of Darrell R. Carey

300 15th St.
Canyon, TX 790159
Phone: (806) 655-4529
Fax: (806) 655-7250

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

9/18/2015 10:12:25 AM

VIVIAN LONG
CLERK

September 8, 2015

Vivian Long
Seventh Court of Appeals
501 S. Fillmore, Suite 2-A
Amarillo, Texas  79101-2449

**RE:**   Case Number:  07-13-00264-CR; *Mario Ballesteros Campos v. The State of Texas;* Seventh Court of Appeals; State of Texas

Cause No:  22,949-A; *State of Texas vs. Mario Ballesteros Campos*; 47th District Court in and for Randall County, Texas

Dear Ms. Long:

In accordance with Rule 48.4, I certify that on September 4, 2015, I sent a copy of this Court's Opinion to Mario Ballesteros Campos at his last known address.  That letter also advised Mario Ballesteros Campos of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.  The letter and opinion were mailed using certified mail, return receipt requested.

I am also enclosing a copy of this letter which I would like file-marked and returned to me.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ Darrell R. Carey

Darrell R. Carey

Enclosure:  Letter sent to client